————O————

## No. 3656.

(Court of Appeal, Parish of Orleans.)

CITY OF NEW ORLEANS vs. HENRY A. LANDRY.

Appeal from Civil District Court, Division "C."

Omer Villere, for Sewerage and Water Board.

Phil. S. Gidiere, for Intervenor Appellants.

W. O. Hart, for Intervenor.

William Armstrong, for Defendant and Appellee.

The issue involved in this cause is the same as that in City of New Orleans vs. Joseph A. Landry this day decided by us.

MOORE, J. In this case the City sought the expropriation of lot No. 20 of square No. 305, in the Seventh District of this City, for the purposes of a water purification and pumping plant.

It was submitted to the same jury that was empannelled in the case of the City vs. Joseph A. Landry, No. 3655, and this day decided by us. The damages assessed by the jury was $225.00, and the plaintiff appealed.

The facts in both cases are alike and for the reasons assigned in No. 3655 the judgment appealed from is affirmed.